# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISOIN

| | |
|---|---|
| ESTATE OF ARMANDO OSUNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | CASE NO. 1:18-cv-01240-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(ECF No. 6) |

Pursuant to the stipulation of the parties, Defendants shall file a responsive pleading on or before November 5, 2018.

IT IS SO ORDERED.

Dated: __**October 3, 2018**__

UNITED STATES MAGISTRATE JUDGE

1