# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARMANDO OSUNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF STANISLAUS, et al., <br><br> Defendants. | No. 1:18-cv-01240-DAD-SAB <br><br> ORDER GRANTING PLAINTIFFS' REQUEST FOR FILING OF OVERSIZED OPPOSITION BRIEF TO DEFENDANTS' MOTION TO DISMISS <br><br> (Doc. No. 10) |

On November 6, 2018, plaintiffs filed an unopposed request to file an oversized opposition brief to defendants' motion to dismiss. (Doc. No. 10.) Plaintiffs seek leave to file an additional five (5) pages of opposition briefing. (*Id.* at 2.) The court will grant plaintiffs' request. Accordingly, plaintiffs are permitted an additional five (5) pages of opposition briefing to respond to defendants' motion to dismiss, for a total of 30 pages.

IT IS SO ORDERED.

Dated: __**November 7, 2018**__          /s/ Dale A. Drozd
                                            UNITED STATES DISTRICT JUDGE

1