# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ARMANDO OSUNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | Case No. 1:18-cv-01240-DAD-SAB<br><br>ORDER RE STIPULATION FOR FILING OF FIRST AMENDED ANSWER AND, IF NECESSARY, MOTION TO STRIKE<br><br>(ECF No. 28) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants shall file a first amended answer on or before September 20, 2019 as set forth in the stipulation; and

2. Plaintiffs may file a motion to strike on or before September 20, 2019.

IT IS SO ORDERED.

Dated: **August 28, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1