# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ESTATE OF ARMANDO OSUNA, et al., | Case No. 1:18-cv-01240-DAD-SAB |
|---|---|
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| STANISLAUS COUNTY SHERIFF'S DEPARTMENT, et al., | (ECF No. 35) |
| Defendants. | THIRTY DAY DEADLINE |

On November 19, 2019, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **November 20, 2019**

UNITED STATES MAGISTRATE JUDGE

1